**SKF USA INC., SKF France S.A. and Sarma, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant– Appellant,**

and

**The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellee.**

**SKF Usa Inc., SKF France S.A. and Sarma, Plaintiffs–Appellants,**

v.

**United States, Defendant–Appellee,**

and

**The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Cross Appellant.**

Nos. 01–1298, 01–1297, 01–1299.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Herbert C. Shelley, Terence P. Stewart, Alice A. Kipel, Washington, DC, for Plaintiff–Appellant.

Velta A. Melnbrencis, Wesley K. Caine, Lane S. Hurewitz, Geert M. De Prest, Berniece A. Browne, David R. Mason, John D. McInerney, David M. Cohen, Washington, DC, for Defendant–Cross Appellant.

*ORDER*

Upon consideration of SKF USA Inc. et al.'s unopposed motion to sever and voluntarily dismiss appeal 01–1297 and The Torrington Company's unopposed motion to sever and voluntarily dismiss appeal 01–1299,

IT IS ORDERED THAT:

(1) The motions are granted. All sides shall bear their own costs in 01–1297, – 1299.

(2) The United States is requested to inform this court, within 14 days of the date of filing of this order, how it believes appeal 01–1298 should proceed.

(3) The revised official captions are reflected above.